UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR          4:24-cr-40076 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | Attempted Production of Child Pornography |
| JUSTIN PREUSCHL, | (18 U.S.C. § 2251(a)) |
| Defendant. | Production of Child Pornography (18 U.S.C. § 2251(a)) |
| | Transfer of Obscene Material to a Minor (18 U.S.C. § 1470) |
| | Forfeiture Notice (18 U.S.C. § 2253) |

The Grand Jury charges:

## COUNT 1

On or about October 29, 2023, in the District of South Dakota, and elsewhere, the defendant, Justin Preuschl, did knowingly attempt to employ, use, persuade, induce, entice, and coerce [Name Redacted], a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2

On or about January 7, 2024, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly employ, use, persuade, induce, entice, and coerce a minor, under the age of 18, to wit: [Name Redacted], to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3

On or about January 7, 2024, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name Redacted], a minor who had not attained the age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

## COUNT 4

On or about October 28, 2023, in the District of South Dakota, and elsewhere, the defendant, Justin Preuschl, did knowingly attempt to employ, use, persuade, induce, entice, and coerce [Name Redacted], a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

COUNT 5

On or about October 28, 2023, in the District of South Dakota, and elsewhere, the defendant, Justin Preuschl, did knowingly attempt to employ, use, persuade, induce, entice, and coerce [Name Redacted], a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

COUNT 6

On or about between October 28, 2023 and October 29, 2023, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name Redacted], a minor who had not attained the

[3]

age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

## COUNT 7

On or about September 22, 2023, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name Redacted], a minor who had not attained the age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

## COUNT 8

On or about November 30, 2023, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly employ, use, persuade, induce, entice, and coerce a minor, under the age of 18, to wit: [Name Redacted], to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

## COUNT 9

On or about between November 29, 2023 and December 3, 2023, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did

[4]

knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name Redacted], a minor who had not attained the age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

## COUNT 10

On or about October 10, 2023, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name Redacted], a minor who had not attained the age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

## COUNT 11

On or about October 16, 2023, in the District of South Dakota, and elsewhere, the defendant, Justin Preuschl, did knowingly attempt to employ, use, persuade, induce, entice, and coerce [Name Redacted], a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce,

including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

## COUNT 12

On or about February 20, 2024, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly employ, use, persuade, induce, entice, and coerce a minor, under the age of 18, to wit: [Name Redacted], to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

## COUNT 13

On or about July 2, 2023, in the District of South Dakota, and elsewhere, the defendant, Justin Preuschl, did knowingly attempt to employ, use, persuade, induce, entice, and coerce [Name Redacted], a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

[6]

COUNT 14

On or about July 2, 2023, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name Redacted], a minor who had not attained the age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

COUNT 15

On or about June 11, 2023, in the District of South Dakota, and elsewhere, the defendant, Justin Preuschl, did knowingly attempt to employ, use, persuade, induce, entice, and coerce [Name Redacted], a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate and foreign commerce, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer, and attempted to do so, all in violation of 18 U.S.C. § 2251(a).

COUNT 16

On or about June 9, 2023, at Sioux Falls, in the District of South Dakota, the defendant, Justin Preuschl, did knowingly use a facility and means of interstate commerce, that is, a computer connected to the internet, and a cellular telephone, to transfer and attempt to transfer obscene matter to [Name

Redacted], a minor who had not attained the age of 16 years, knowing that [Name Redacted] had not attained the age of 16 years, all in violation of 18 U.S.C. § 1470.

A TRUE BILL:

**NAME REDACTED**

_____

Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____

### FORFEITURE NOTICE

1.    The allegations contained in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2.    If convicted of an offense set forth above, Justin Preuschl, the Defendant herein, shall forfeit to the United States any and all materials and property used and intended to be used in the possession, receipt, distribution and production of child pornography.   Such property includes, but is not limited to:

a.    an Apple iPhone 14.