UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

           Plaintiff,

   vs.

JUSTIN PREUSCHL,

           Defendant.

CR 24-40076

GOVERNMENT'S MOTION TO SEAL
ITS MOTION FOR RESTITUTION

---

The United States of America, by and through Assistant United States Attorney Elizabeth A. Ebert-Webb, hereby moves this Court for an order permanently sealing Government's Motion for Restitution, in that it is not for the public's view.

Dated this 7th day of October, 2025.

ALISON J. RAMSDELL
United States Attorney

Elizabeth A. Ebert-Webb
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD   57101-2638
Telephone:  (605) 357-2343
Facsimile:   (605) 330-4410
E-mail: Elizabeth.Ebert@usdoj.gov

[2]

## CERTIFICATE OF SERVICE

The undersigned attorney for the United States of America hereby certifies that on the 7th day of October, 2025, the Government's Motion for Restitution was hand-delivered to the Clerk of Courts for filing.

I further certify that copy of the sealed Motion has been sent via electronic mail to:

Brian K. Kirby – bkkirby@boycelaw.com

Elizabeth A. Ebert-Webb
Assistant United States Attorney

[2]